UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| **JEORGE ALERTO CELAYOS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CAUSE NO. 3:06-CV-205 AS |
| v. ) | |
| ) | |
| **DANIEL McBRIDE,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

*REPORT AND RECOMMENDATION*

On November 7, 2006, this court ordered the plaintiff to show cause why he did not comply with the order of this court directing him to file a status report. At that time he was cautioned that if he did not respond, this case would be dismissed. The deadline has passed, but he has not responded. Indeed he has not contacted the court in more than seven months.

Therefore, the Court **RECOMMENDS** that this case be dismissed for failure to comply with orders of this court and for want of prosecution pursuant to FED. R. CIV. P. 41(b).

**NOTICE IS HEREBY GIVEN that within ten (10) days after being served with a copy of this recommended disposition a party may serve and file specific, written objections to the proposed findings and/or recommendations. FED. R. CIV. P. 72(b). FAILURE TO FILE OBJECTIONS WITHIN THE SPECIFIED TIME WAIVES THE RIGHT TO APPEAL THE DISTRICT COURT'S ORDER. See Thomas v. Arn, 474 U.S. 140 (1985); Lerro**

**v. Quaker Oats Co.**, 84 F.3d 239 (7th Cir. 1996); **Lockert v. Faulkner**, 843 F.2d 1015 (7th Cir. 1988); **Video Views, Inc. v. Studio 21 Ltd.**, 797 F.2d 538 (7th Cir. 1986).

    SO ORDERED.

    Dated this 15th Day of December, 2006.

S/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge
