**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

| | |
|---|---|
| **JEORGE ALERTO CELAYOS,** )<br>)<br>Plaintiff, )<br>)         **CAUSE NO.  3:06-CV-205 AS**<br>**v.**  )<br>)<br>**DANIEL McBRIDE,** *et al.*, )<br>)<br>Defendants. ) | |

*OPINION AND ORDER*

On December 15, 2006, the United States Magistrate Judge entered a Report and Recommendation. There being no objection to the Report and Recommendation, the court now **ADOPTS** it and **DISMISSES** this case **WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

**ENTERED: January 12, 2007**

                                    S/ ALLEN SHARP
                              **ALLEN SHARP, JUDGE
                              UNITED STATES DISTRICT COURT**